UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DIALLO E. UHURU,            )<br>                             )<br>           Plaintiff,     )<br>                             )<br>     v.                      )<br>                             )<br>P. HART, et al.,             )<br>                             )<br>           Defendants.      )<br>_____) | No. CV 07-07361-JVS (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING<br>THE REPORT AND RECOMMENDATION OF<br>THE UNITED STATES MAGISTRATE<br>JUDGE, AND (2) GRANTING<br>DEFENDANTS MOTION FOR JUDGMENT ON<br>THE PLEADINGS/ MOTION FOR SUMMARY<br>JUDGMENT AND DISMISSING THE<br>COMPLAINT |

   Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

   **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation,(2) granting Defendants' Motion for Judgment on the Pleadings/Motion for Summary Judgment; and (3) dismissing Plaintiff's Complaint and the action with prejudice.

DATED: October 27, 2009

                                        JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE